| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BREYER, STEPHEN G. | U.S. SUPREME COURT | 05/07/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ASSOC. JUSTICE SUPREME COURT | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

SUPREME COURT OF UNITED STATES
1 FIRST STREET, N.E.
WASHINGTON, D.C. 20543

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE (HONORARY) | DANA-FARBER CANCER INSTITUTE |
| 2. | JUROR | THE PRITZKER ARCHITECTURE PRIZE |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | RANDOM HOUSE, INC.; ROYALTY INCOME | $29,980.61 |
| 2. | 2012 | THE AUTHORS REGISTRY, INC; ROYALTY INCOME | $910.09 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | DANA-FARBER CANCER INSTITUTE -SALARY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SOUTH CAROLINA BAR ASSOCIATION | JANUARY 20-21, 2012 | COLUMBIA, SC | PARTICIPANT IN SOUTH CAROLINA BAR ASSOC. CONVENTION | AIRFARE & MEALS |
| 2. | PRITZKER ORGANIZATION | JANUARY 21-24, 2012 | NEW YORK, NY | PRITZKER PRIZE JURY MEETINGS | LODGING, MEALS, & ONE-WAY TRAIN |
| 3. | JEWISH THEOLOGICAL SEMINARY | JANUARY 26, 2012 | NEW YORK, NY | BOOK SPEAKING EVENT | ONE-WAY TRAIN, ONE-WAY AIRFARE |
| 4. | ANNENBERG FOUNDATION | JANUARY 29-31, 2012 | RANCHO MIRAGE, CA | PARTICIPANT IN SUNNYLANDS CONFERENCE | ROUND-TRIP AIRFARE & MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/07/2013 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | FOUNDATION HUGOT AT COLLEGE DE FRANCE | APRIL 9-12, 2012 | PARIS, FRANCE | PARTICIPANT-INTERNATIONAL DU DROIT: PATHOLOGIE OU METAMORPHOSE DE L'ORDRE JURIDIQUE | ROUND-TRIP AIRFARE & MEALS |
| 6. | MIDWEST POLITICAL SCIENCE ASSOCIATION | APRIL 13, 2012 | CHICAGO, IL | PARTICIPANT IN MPSA ANNUAL CONFERENCE | ROUND-TRIP AIRFARE |
| 7. | HYATT FOUNDATION | MAY 22-26, 2012 | BEIJING, CHINA | PRITZKER ARCHITECTURAL PRIZE | ROUND-TRIP AIRFARE & MEALS |
| 8. | ESI STUDIO | JUNE 22, 2012 | NEW YORK, NY | ONE-HOUR VIDEO INTERVIEW | ONE-WAY AIRFARE, ONE-WAY TRAIN |
| 9. | CENTRE FOR HISTORY AND ECONOMICS | JULY 3-23, 2012 | CAMBRIDGE, UNITED KINGDOM | PARTICIPANT IN EXCHANGES OF ECONOMIC, LEGAL, AND POLITICAL IDEAS PROGRAM | ROUND-TRIP AIRFARE, CAR RENTAL & MEALS (SPLIT WITH LE CERCLE DES ECONOMISTES) |
| 10. | LE CERCLE DES ECONOMISTES | JULY 5-8, 2012 | MARSEILLE, FRANCE | PARTICIPANT IN RENCONTRES ECONOMIQUES PROGRAM | ROUND-TRIP AIRFARE, CAR RENTAL & MEALS (SPLIT WITH CENTRE FOR HISTORY AND ECONOMICS) |
| 11. | YALE GLOBAL CONSTITUTIONAL SEMINAR | AUGUST 29 - SEPTEMBER 1, 2012 | THE HAGUE, NETHERLANDS | CENTENNIAL OF CARNEGIE CORPORATION OF NY AND OF THE PEACE PALACE AT THE HAGUE. | ROUND-TRIP AIRFARE, LODGING, & MEALS |
| 12. | THE MENTOR GROUP | SEPTEMBER 12-15, 2012 | PARIS, FRANCE | PARTICIPANT IN THE FORUM FOR EU-US LEGAL-ECONOMIC AFFAIRS | ROUND-TRIP AIRFARE, LODGING, & MEALS |
| 13. | YOUNG PRESIDENTS ORGANIZATION | SEPTEMBER 19-23, 2012 | SAN FRANCISCO, CA | SPEAKER BEFORE THE ORGANIZATION | ROUND-TRIP AIRFARE |
| 14. | OGLETREE CONFERENCE: AARON V. COOPER | OCTOBER 13, 2012 | BOSTON, MA | PARTICIPANT IN CONFERENCE AT HARVARD | ONE-WAY TRAIN, ONE-WAY AIRFARE |
| 15. | AHAVATH ACHIM SYNAGOGUE | NOVEMBER 7-8, 2012 | ATLANTA, GA | EIZENSTATE MEMORIAL LECTURE | ROUND-TRIP AIRFARE, LODGING, & MEALS |
| 16. | PRITZKER ARCHITECTURE PRIZE COMMITTEE | NOVEMBER 11-17, 2012 | LONDON / BURKINA FASO / MOZAMBIQUE / JOHANESBURG, SOUTH AFRICA / LONDON | VIEWING ARCHITECTURE AS ONE OF THE JURORS ON THE COMMITTEE | ROUND-TRIP AIRFARE, LODGING, & MEALS |
| 17. | BROOKINGS INSTITUTE | DECEMBER 18, 2012 | WASHINGTON, DC | PARTICIPANT IN "RAYMOND ARON LECTURE" | ROUND-TRIP AIRFARE |

| Name of Person Reporting | Date of Report |
|---|---|
| **BREYER, STEPHEN G.** | 05/07/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INVESTMENTS- PAINE WEBBER: | | | | | | | | | |
| 2. GENZYME CPR - RESTRICTED | | None | | | Matured | 1/1/2012 | J | A | |
| 3. SMITH BARNEY CITIGROUP IRA ACCOUNT: | | | | | | | | | |
| 4. CITIBANK NA BANK DEPOSIT PROGRAM | A | Interest | M | T | | | | | |
| 5. U.S. TREASURY NOTE 8/15/13 | A | Interest | K | T | | | | | |
| 6. IRA ACCOUNT: | | | | | | | | | |
| 7. DWS (FKA SCUDDER) CORE PLUS INCOME FUND | A | Dividend | K | T | | | | | |
| 8. DWS (FKA SCUDDER) LARGE CAPITAL VALUE FUND | B | Dividend | L | T | | | | | |
| 9. OTHER HOLDINGS: | | | | | | | | | |
| 10. DWS (FKA SCUDDER) CORE PLUS INCOME FUND - IRA | A | Dividend | K | T | | | | | |
| 11. BANK OF AMERICA - CHECKING | A | Interest | L | T | | | | | |
| 12. TIAA/CREF | E | Interest | P1 | T | | | | | |
| 13. TRUST: | | | | | | | | | |
| 14. TAI SHAN FUND (FKA CHINA PARTNERS, L.P.) | B | Int./Div. | M | U | | | | | |
| 15. WINDSOR FUND | A | Dividend | K | T | | | | | |
| 16. AUTOMATIC DATA PROCESSING INC COMMON STOCK | B | Dividend | L | T | | | | | |
| 17. SIGMA ALDRICH CORP. COMMON STOCK | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CINTAS CORP. COMMON STOCK | B | Dividend | L | T | | | | | |
| 19. SYSCO CORP. COMMON STOCK | C | Dividend | M | T | | | | | |
| 20. VANGUARD S&P 500 INDEX FUND | D | Dividend | N | T | | | | | |
| 21. APPLIED ANALYSIS INC - COMMON STOCK | | None | J | U | | | | | |
| 22. APPLIED ANALYSIS INC - PREFERRED STOCK | | None | J | U | | | | | |
| 23. ISHARES MSCI PAC EX-JAPAN INDEX FD | B | Dividend | K | T | | | | | |
| 24. ISHARES MSCI EMERGING MARKETS IDX FD | A | Dividend | K | T | | | | | |
| 25. ISHARES MSCI EAFE INDEX FD | A | Dividend | K | T | | | | | |
| 26. U.S. TREASURY BILL - 8/15/13 | B | Interest | K | T | | | | | |
| 27. VANGUARD DIVIDEND GROWTH FUND -IV | C | Dividend | M | T | Buy (add'l) | 03/30/12 | K | | |
| 28. VANGUARD MID-CAP INDEX FUND -A | A | Dividend | L | T | | | | | |
| 29. DODGE & COX INTERNATIONAL STOCK FUND | B | Dividend | L | T | | | | | |
| 30. ROYCE LOW-PRICED STOCK SERVICE FUND | A | Dividend | L | T | | | | | |
| 31. OAKMARK INTERNATIONAL FUND - I | B | Dividend | L | T | | | | | |
| 32. FEDERATED US TREASURY CASH RSV FD-I | A | Dividend | J | T | | | | | |
| 33. INTERSENSE INC. CLASS C PREFERRED SERIES C-1 | | None | J | T | | | | | |
| 34. INTERSENSE INC. CLASS A PREFERRED SERIES A-2 | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. INTERSENSE INC. CLASS B PREFERRED SERIES B-1 | | None | J | T | | | | | |
| 36. VANGUARD SMALL CAP INDEX-INV | A | Dividend | K | T | Buy (add'l) | 12/24/12 | J | | |
| 37. FIDELITY MA MUNICIPAL INCOME | C | Dividend | L | T | | | | | |
| 38. U.S. TREASURY BILL - 9/20/12 | A | Interest | | | Matured | 09/20/12 | K | | |
| 39. OTHER ASSETS: | | | | | | | | | |
| 40. TIAA/CREF RETIREMENT ACCOUNT | A | Dividend | M | T | | | | | |
| 41. SK-N-A NATIONAL BANK SAVINGS ACCT | A | Interest | K | T | | | | | |
| 42. PEARSON ORD. STOCK | E | Dividend | P1 | T | | | | | |
| 43. RENTAL PROPERTY - NEVIS WEST INDIES | A | Rent | N | W | | | | | |
| 44. TOTAL FINA SA SPONSORED ADR | C | Dividend | K | T | | | | | |
| 45. NOKIA CORP. ADS | A | Dividend | J | T | | | | | |
| 46. LAND IN CONCORD, MA | | None | L | W | | | | | |
| 47. LAND IN PLAINFIELD, NH | | None | N | W | | | | | |
| 48. HEINZ HJ CO - COMMON STOCK | B | Dividend | L | T | | | | | |
| 49. IBM - COMMON STOCK | B | Dividend | L | T | | | | | |
| 50. LOWES COMPANIES INC - COMMON STOCK | A | Dividend | K | T | | | | | |
| 51. PACCAR INC - COMMON STOCK | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. QUEST DIAGNOSTICS INC. - COMMON STOCK | A | Dividend | L | T | | | | | |
| 53. UNITED TECHNOLOGIES CORP - COMMON STOCK | B | Dividend | L | T | | | | | |
| 54. AMGEN INC - COMMON STOCK | A | Dividend | | | Sold | 08/21/12 | K | E | |
| 55. CISCO SYSTEMS INC - COMMON STOCK | A | Dividend | K | T | | | | | |
| 56. AIR PRODUCTS & CHEMICAL INC - COMMON STOCK | B | Dividend | L | T | | | | | |
| 57. SSGA MONEY MARKET FUND | A | Dividend | M | T | | | | | |
| 58. SUNCOR ENERGY INC - COMMON STOCK | A | Dividend | K | T | | | | | |
| 59. BHP BILTON LTD | B | Dividend | L | T | | | | | |
| 60. CAMBRIDGE, MA 4.00% 01/01/2014 | C | Interest | L | T | | | | | |
| 61. SHARON, MA 4.00% 9/15/2013 | C | Interest | L | T | | | | | |
| 62. KING PHILIP REG. SCHOOL DISTRICT, MA 4.25% 12/15/2012 | C | Interest | | | Matured | 12/15/12 | L | A | |
| 63. EMC CORP MASS - COMMON STOCK | | None | L | T | | | | | |
| 64. WELLESLEY MASSACHUSETTS GENERAL OBLIGATION 4.00% 06/01/2012 | B | Interest | | | Matured | 6/01/12 | L | A | |
| 65. JOHNSON CONTROLS INC - COMMON STOCK | A | Dividend | K | T | | | | | |
| 66. STANCROFT TRUST LIMITED | E | Dividend | M | W | | | | | |
| 67. FIRST CARIBBEAN INTERNATIONAL BANK - CHECKING | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. EATON VANCE GROWTH FUND -A | | None | K | T | | | | | |
| 69. EATON VANCE LARGE CAP GROWTH FUND - I | C | Dividend | M | T | | | | | |
| 70. EATON VANCE LARGE CAP VALUE FUND - I | C | Dividend | M | T | | | | | |
| 71. EATON VANCE TAX M S/C | | None | K | T | | | | | |
| 72. EATON VANCE STRUCTURED EMERGING MKTS-I | A | Dividend | J | T | | | | | |
| 73. EATON VANCE ATLANTA SM CP-I | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BREYER, STEPHEN G.** | 05/07/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

THE REPORT WAS PREPARED BY:

LEON M. REIMER & CO., P.C.
805 THIRD AVENUE
NEW YORK, NEW YORK 10022

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ STEPHEN G. BREYER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544